# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 1: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

**LEXINGTON INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,**

Plaintiffs,

v.

**VIRGINIA SURETY COMPANY, INC.,**

Defendant.

---

**CIVIL ACTION NO.**

**04   11109   RGS**

## LEXINGTON INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rules of the United States District Court of Massachusetts, Local Rule 7.3, Lexington Insurance Company states that it is a Delaware corporation organized pursuant to the laws of Delaware. Its parent corporations are National Union Fire Insurance Company of Pittsburgh, PA, which owns 70% of the plaintiff, Birmingham Fire Insurance Company of Pennsylvania, which owns 10% of the plaintiff and the Insurance Company of the State of Pennsylvania, which owns 20% of the plaintiff.

**Dated:**      May __, 2004

Respectfully submitted,

Mark E. Cohen      [BBO # 089800]
Robert J. Maselek      [BBO # 564690]
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA      02110
(617) 951-2929  Phone
(617) 951-2672  Fax
*Attorneys for Plaintiffs Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

#63314v1<MEBOS> -Virginia Surety- FINAL Lexington Corporate Disclos