IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



LEXINGTON INSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
  Plaintiffs,

v.

VIRGINIA SURETY COMPANY, INC.,
  Defendant.

CIVIL ACTION NO.

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rules of the United States District Court of Massachusetts, Local Rule 7.3, National Union Fire Insurance Company of Pittsburgh, PA states that it is a Pennsylvania corporation organized pursuant to the laws of Pennsylvania. Its parent corporation is American International Group, Inc., which owns 100% of the plaintiff.

**Dated:**     May __, 2004

Respectfully submitted,

_____
Mark E. Cohen     [BBO # 089800]
Robert J. Maselek     [BBO # 564690]
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA    02110
(617) 951-2929  Phone
(617) 951-2672  Fax
*Attorneys for Plaintiffs Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

63315.1