# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Lexington Insurance Company
and
National Union Fire Ins. Co. of
Pittsburg, PA
V.

Virginia Surety Company, Inc.

FILED
IN CLERKS OFFICE

2004 JUN 24 P 4:00

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11109 RGS

TO: (Name and address of Defendant)

VIRGINIA SURETY COMPANY, INC.
1000 North Milwaukee Avenue
Glenview, IL     60025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark E. Cohen
McCormack & Epstein
One International Place – 7th Floor
Boston, MA     02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: MAY 26 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 9, 2004 |
| NAME OF SERVER (PRINT) Stacy Siegan | TITLE Administrative Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By first Class mail to Virginia Surety Company, Inc. at 123 North Wacker Drive, Chicago, IL 60606-1757

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/9/04
                Date

Signature of Server

One South Station
Boston, MA 02110
Address of Server

DIVISION OF INSURANCE
JUN - 9 2004
RECEIVED
OFFICE OF THE
GENERAL COUNSEL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.