UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LEXINGTON INSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Plaintiffs,

v.

VIRGINIA SURETY COMPANY, INC.

    Defendant.

CIVIL ACTION NO. 04-11109 RGS

## STIPULATION TO EXTEND TIME FOR VIRGINIA SURETY COMPANY, INC. TO RESPOND TO COMPLAINT

Defendant Virginia Surety Company, Inc. ("Virginia Surety") and Plaintiffs Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA hereby stipulate and agree to extend the deadline for Virginia Surety to answer or otherwise respond to Plaintiffs' Complaint by 30 days.

Accordingly, Virginia Surety will respond to Plaintiff's Complaint on or before July 28, 2004.

Case 1:04-cv-11109-RGS    Document 5    Filed 07/07/2004    Page 2 of 3

Respectfully submitted,

| LEXINGTON INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | VIRGINIA SURETY COMPANY, INC. |
|---|---|
| By Their Attorneys, | By Its Attorneys, |
| *Mark E. Cohen* | *Joseph G. Blute* |
| Mark E. Cohen (BBO# 089800) | Joseph G. Blute (BBO# 047300) |
| Robert J. Maselek (BBO# 564690) | James M. Wodarski (BBO# 627036) |
| McCORMACK & EPSTEIN | John M. Stephan (BBO# 649509) |
| One International Place – 7th Floor | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C. |
| Boston, MA 02110 | One Financial Center |
| (617) 951-2929 | Boston, MA 02111 |
| (617) 951-2672 (fax) | (617) 542-6000 |
| | (617) 542-2241 (fax) |

Dated: July 7, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that this 7th day of July 2004, the foregoing **Stipulation to Extend Time for Virginia Surety Company, Inc. to Respond to Complaint** was served upon counsel for the Plaintiffs by mailing a copy thereof, first class, postage prepaid, to:

Mark E. Cohen
McCormack & Epstein
One International Place – 7th Floor
Boston, MA 02110

_____
John M. Stephan

LIT 1468278v1