UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,**<br><br>Plaintiffs<br><br>v.<br><br>**VIRGINIA SURETY COMPANY, INC.,**<br><br>Defendant. | **Civil Action No. 04-11109 RGS** |

### ASSENTED TO MOTION TO EXTEND TIME FOR LEXINGTON INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA TO FILE AN OPPOSITION TO VIRGINIA SURETY'S MOTION TO STRIKE EXHIBIT E AND PARAGRAPH 17 OF PLAINTIFFS' ORIGINAL COMPLAINT

Plaintiffs, Lexington Insurance Company ("Lexington") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), move to extend the deadline for Lexington and National Union to file an opposition to Virginia Surety's Motion to Strike Exhibit E and Paragraph 17 of Plaintiffs' Original Complaint by 14 days to August 25, 2004.

As grounds therefore, the Plaintiffs state that due to business travel commitments and vacation schedules, Plaintiffs' counsel requires a short extension of time to prepare an appropriate response to Defendant's Motion and to fully assist the court. An extension of time for 14 days will not delay the resolution of this action. Plaintiffs' opposition will be filed within the extended time requested.

The Defendant, Virginia Surety Company, Inc., assents to this motion.

**Dated:** August ____, 2004

Respectfully submitted,

_/s/ Mark E. Cohen_

Mark E. Cohen           [BBO #089800]
Robert J. Maselek       [BBO #564690]
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA    02110
(617) 951-2929 Phone
(617) 951-2672 Fax

*Attorneys for Plaintiffs Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

ASSENTED TO:

_/s/ Joseph G. Blute / John M. Stephan_

Joseph G. Blute         [BBO #047300]
John M. Stephan         [BBO #649509]
**Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.**
One Financial Center
Boston, MA    02111
(617) 542-6000 Phone
(617) 542-2241 Fax

*Attorneys for Defendant Virginia Surety Company, Inc.*

#65914v1-MEBOS - Lexington v. Virginia Surety - Motion to Extend Ti

I HEREBY CERTIFY THAT A TRUE COPY OF THIS DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY

MAIL ON 8/11/04

2