IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>Plaintiffs,<br><br>v.<br><br>VIRGINIA SURETY COMPANY, INC.,<br>Defendant. | CIVIL ACTION NO. 04-11109 RGS |

## PLAINTIFFS' NOTICE OF NO OPPOSITION TO DEFENDANT'S MOTION TO STRIKE EXHIBIT E AND PARAGRAPH 17 OF PLAINTIFFS' ORIGINAL COMPLAINT

COME NOW the Plaintiffs, Lexington Insurance Company ("Lexington") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), and file this notice to inform the Court that the Plaintiffs do not oppose the Defendant's Motion to Strike Exhibit E and Paragraph 17 of Plaintiffs' Original Complaint.

Dated:   August __, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THIS DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL ON _____

Respectfully submitted,

_____
Mark E. Cohen          [BBO #089800]
Robert J. Maselek      [BBO #564690]
**McCormack & Epstein**
One International Place - 7th Floor
Boston, MA   02110
(617) 951-2929 Phone
(617) 951-2672 Fax

*Attorneys for Plaintiffs Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*