**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY**<br>**AND**<br>**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,**<br>            Plaintiffs,<br><br>v.<br><br>**Virginia Surety Company, Inc.,**<br>            Defendant. | **CIVIL ACTION NO.**<br>**04-11109 RGS** |

**LOCAL RULE 7.1(A)(2) CERTIFICATION REGARDING JOINT MOTION TO EXTEND TIME FOR DISCOVERY OF DEFENDANT VIRGINIA SURETY COMPANY, INC. AND PLAINTIFFS LEXINGTON INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

_____

Pursuant to Local Rule 7.1(A)(2), the undersigned attorney certifies that counsel for all parties have conferred and have attempted in good faith to resolve or narrow the issues presented by the accompanying motion, and as a result they have agreed that the deadline for discovery in this action shall be extended for 120 days.

Respectfully submitted,

*Attorneys for Plaintiffs Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

**Dated:** March 22, 2006

/s/       Gerald S. Frim

Mark E. Cohen         [BBO  #089800]
Robert J. Maselek    [BBO  #564690]
Gerald S. Frim         [BBO  #656204]
THE MCCORMACK FIRM, LLC
One International Place
Boston, MA   02110
**Ph:**   617•951•2929
**Fax:**  617•951•2672

82878.1