UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LEXINGTON INSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,

    Plaintiffs,

v.

VIRGINIA SURETY COMPANY, INC.

    Defendant.

CIVIL ACTION NO. 04-11109 RGS

**AFFIDAVIT OF NICHOLAS C. CRAMB ESQ. IN SUPPORT OF
DEFENDANT VIRGINIA SURETY COMPANY'S MOTION
FOR RECONSIDERATION OF ORDER DENYING THE PARTIES' JOINT
MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

I, Nicholas C. Cramb, Esq. hereby depose and state as follows:

1. I have personal knowledge of the facts in this affidavit.

2. I am submitting this affidavit in support of Defendant Virginia Surety Company's Emergency Motion for Reconsideration of Order Denying the Parties' Joint Motion For Extension of Time to Complete Discovery.

3. Attached hereto as Exhibit A is a true and accurate copy of a letter that I sent to Plaintiffs' counsel on March 15, 2006, enclosing for service Fed. R. Civ. P. 30(b)(6) Deposition Notices of the Plaintiffs.

4. Attached hereto as Exhibit B is a true and accurate copy of an article from the New Jersey Office of the Attorney General Website, http://www.state.nj.us/lps/dcj/njinsurancefraud/report/2004/OIFP-AR-sec.5-p44.pdf, as printed on April 2, 2006.

Signed under the pains and penalties of perjury.

|  |  |
|---|---|
| Date April 5, 2006 | ____/s/ Nicholas C. Cramb_____<br>Nicholas C. Cramb, Esq. |

Respectfully submitted,

VIRGINIA SURETY COMPANY, INC.

By its attorneys,

_____/s/ Nicholas C. Cramb_____
Joseph G. Blute (BBO# 047300)
John M. Stephan (BBO# 649509)
Nicholas C. Cramb (BBO# 654368)
MINTZ LEVIN COHN FERRIS
 GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 (fax)

## Certificate of Service

I, Nicholas C. Cramb, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 5, 2006.

|  |  |
|---|---|
| ___/s/ Nicholas C. Cramb___ | Dated: April 5, 2006 |

LIT 1567339v.1