UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LEXINGTON INSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,

    Plaintiffs,

v.

VIRGINIA SURETY COMPANY, INC.

    Defendant.

CIVIL ACTION NO. 04-11109 RGS

## MOTION TO SET BRIEFING SCHEDULE
## FOR DISPOSITIVE MOTIONS

Plaintiffs Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA and Defendant Virginia Surety Company, Inc. ("the parties") respectfully request that the Court adopt the briefing schedule for dispositive motions in the above-captioned matter as set forth below.

In support of this motion, the parties state that depositions are scheduled through the close of the discovery period on August 8, 2006. The parties believe that this matter is one that can be decided at summary judgment and, to that end, each anticipates filing a motion for summary judgment. So that each party will have adequate time to receive the transcripts from the depositions, to assemble the relevant factual record, and to fully brief the Court on the issues, the parties propose the following schedule:

| **Event** | **Deadline** |
|---|---|
| Filing and service of motions under Fed. R. Civ. P. 56: | Friday, September 29, 2006 |

| | |
|---|---|
| Filing and service of oppositions to said motions: | Monday, October 30, 2006 |
| Filing and service of reply briefs, if any, to the motions: | Monday, November 13, 2006 |

WHEREFORE, the parties request that the Court adopt the briefing schedule for dispositive motions as set forth above.

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | VIRGINIA SURETY COMPANY, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Gerald S. Frim | /s/ John M. Stephan |
| Mark E. Cohen, Esq. (BBO# 089800) | Joseph G. Blute, Esq. (BBO # 047300) |
| Robert J. Maselek, Esq. (BBO# 564690) | John M. Stephan, Esq. (BBO # 649509) |
| Gerald S. Frim, Esq. (BBO# 656204) | Nicholas C. Cramb, Esq. (BBO # 654368) |
| THE MCCORMACK FIRM , LLC | MINTZ LEVIN COHN FERRIS |
| One International Place –7th Floor | GLOVSKY & POPEO, P.C. |
| Boston, MA 02110 | One Financial Center |
| (617) 951-2929 | Boston, MA 02111 |
| (617) 951-2672 (fax) | (617) 542-6000 |
| | (617) 542-2241 (fax) |
| Dated: 7/28/06 | Dated: 7/28/06 |

### CERTIFICATE OF SERVICE

I, Gerald S. Frim, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 28, 2006.

/s/ Gerald S. Frim                                            Dated:  July 28, 2006

87053.1