# EXHIBIT I

# Part 2

**ENDORSEMENT # 1**

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

| Named Insured & Location | Policy Term | Exposure | Rates |
|---|---|---|---|
| 24)  LNR Property Corp.<br>c/o ICA<br>377 Route 17 So., Suite 205<br>Hasbrouck Heights, NJ 07604 | 10/31/00-01 | 5,171 units<br>6,223,778 sq ft | $2.16<br>$0.29 |
| 25)  White & White Inc.<br>2701 Revere #179<br>Houston, TX 77098 | 10/21/00-01 | 405 units<br>1,176 sq ft | $2.88<br>$0.72 |

White & White, Inc.
Perrin W. White, James M. Hill, Jr.
        and Robert T. Matjeka DBA
        Great Hills Village, a Texas
        General Partnership
James M. Hill, Jr. and Perrin W.
        White DBA H & W
        Associates
Perrin W. White and James M. Hill, Jr.
        DBA PJ Homes

10050 Great Hills Trail
Austin, TX 78759

2701 Revere #179
Houston, TX 77098

John Randon League (Vacant Land)
Fulshear, TX 77478

Lake Village Drive (Vacant Land)
Fulshear, TX 77478

| Number of Entities | Number of Locations | Total Units |
|---|---|---|
| 25 | 214 | 29,395 |

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00497

ENDORSEMENT # 2

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:     National Coalition of Property Owners & Managers, Inc. &/or
               Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## ADDITIONAL INSURED – DESIGNATED PERSON OR
## ORGANIZATION

This endorsement modifies insurance provided under the following:

.   COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

Name of Person or Organization:

Per Schedule on file with company, including Certificates of Insurance issued &/ or required by Named
Insured

(If no entry appears above, information required to complete this endorsement will be shown in the
Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in
the Schedule as an insured but only with respect to liability arising out of your operations or premises
owned by or rented to you.

All other terms and conditions of this policy are applicable to this endorsement.

_____
·  Authorized Representative OR
Countersignature (In state where applicable)

**ME 00498**

ENDORSEMENT # 3

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## ADDITIONAL INSURED – MANAGERS OR LESSORS OF
## PREMISES

It is hereby understood and agreed that:

### SCHEDULE

1. Designation of Premises (Part Leased to You):
2. Name of Person or Organization (Additional Insured):
3. Additional Premium:

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.
2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00499**

ENDORSEMENT # 4

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:      National Coalition of Property Owners & Managers, Inc. &/or
                Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

### ADDITIONAL INSURED – CONDOMINIUM
### UNIT OWNERS

It is hereby understood and agreed that:

WHO IS AN INSURED (Section II) is amended to include as an insured each individual unit owner of the insured condominium, but only with respect to liability arising out of the ownership, maintenance or repair of that portion of the premises which is not reserved for that unit owner's exclusive use or occupancy.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00500

ENDORSEMENT # 5

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:       National Coalition of Property Owners & Managers, Inc. &/or
                 Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

### ADDITIONAL INSURED – LESSOR OF LEASED
### EQUIPMENT – AUTOMATIC STATUS WHEN
### REQUIRED IN LEASE AGREEMENT WITH YOU

It is hereby understood and agreed that:

A. Who Is An Insured (Section II) is amended to include as an insured any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an insured only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person or organization. A person's or organization's status as an insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

B. With respect to the insurance afforded these additional insureds, the following additional exclusions apply:

This insurance does not apply:

1. To any "occurrence" which takes place after the equipment lease expires;
2. To "bodily injury" or "property damage" arising out of the sole negligence of such person or organization.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00501**

ENDORSEMENT # 6

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

### ADDITIONAL INSURED – DESIGNATED PERSON OR
### ORGANIZATION

It is hereby understood and agreed that:

### SCHEDULE

Name of Person or Organization:

PER SCHEDULE ON FILE WITH COMPANY

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00502**

ENDORSEMENT # 7

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## AMENDMENT-AGGREGATE LIMITS OF INSURANCE
### (PER LOCATION)

This endorsement modifies insurance provided under the following:

It is hereby understood and agreed that:

The General Aggregate Limit under LIMITS OF INSURANCE (Section III) applies separately to each of your "locations" owned by or rented to you.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00503

ENDORSEMENT # 8

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## NEW YORK CHANGES – CALCULATION OF PREMIUM

It is hereby understood and agreed that:

A. For policies with fixed terms in excess of one year, or policies with no stated expiration date, except as provided in paragraph B., the following applies:

The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal or continuation of this policy, we will compute the premium in accordance with our rates and rules then in effect.

B. For policies with fixed terms in excess of one year, where premium is computed and paid annually, the following applies:

1. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. Such rates and rules will be used to calculate the premium at each anniversary, for the entire term of the policy, unless the specific reasons described in paragraphs 2. or 3. apply.

2. The premium will be computed based on the rates and rules in effect on the anniversary date of the policy only when, subsequent to the inception of the current policy period, one or more of the following occurs:

a. After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

b. A material physical change in the property insured, occurring after issuance or last anniversary renewal date of the policy, causes the property to become uninsurable in accordance with underwriting standards in effect at the time the policy was issued or last renewed; or

c. A material change in the nature or extent of the risk, occurring after issuance or last anniversary renewal date of the policy, which causes the risk of "loss" to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed.

3.    If, subsequent to the inception of the current policy period, the Limit of Insurance is increased, or Additional Coverages or Causes of Loss are insured, the rate and rules in effect at the time of the change will be applied to calculate the premium and will continue to apply to the change at subsequent anniversary dates.

All other terms and conditions of this policy are applicable to this endorsement.

Authorized Representative OR
Countersignature (In state where applicable)

**ME 00504**

ENDORSEMENT # 9

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

AMENDMENT OF LIQUOR LIABILITY EXCLUSION –

EXCEPTION FOR SCHEDULED ACTIVITIES

It is hereby understood and agreed that:

SCHEDULE

Description of Activity(ies):

PER SCHEDULE ON FILE WITH COMPANY

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Exclusion c. of COVERAGE A (Section I) is replaced by the following:

c. "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

  (1) Causing or contributing to the intoxication of any person;

  (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

  (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

  (1) Manufacture, sell or distribute alcoholic beverages;

  (2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

    (a) Requires a license;

    (b) Is for the purpose of financial gain or livelihood; or

  (3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

However, this exclusion does not apply to "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages at the specific activity(ies) described above.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00505

ENDORSEMENT # 10

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

### PESTICIDE OR HERBICIDE APPLICATOR COVERAGE

It is hereby understood and agreed that:

### SCHEDULE

| Description Of Operations: |
| --- |
| PER SCHEDULE ON FILE WITH COMPANY |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to the operations shown in the Schedule, Paragraph (1)(d) of Exclusion f. of Section I – Coverage A – Bodily Injury And Property Damage Liability does not apply if the operations meet all standards of any statute, ordinance, regulation or license requirement of any federal, state or local government which apply to those operations.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00506

ENDORSEMENT # 11

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

ADDITIONAL INSURED – CONTROLLING INTEREST

It is hereby understood and agreed that:

SCHEDULE

Name of Person or Organization:    PER SCHEDULE ON FILE WITH COMPANY

(If no entry appears above, information required to complete this endorsement will be shown in the
Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability arising out of:

   a. Their financial control of you; or

   b. Premises they own, maintain or control while you lease or occupy these premises.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00507

ENDORSEMENT # 12

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## AMENDMENT OF POLLUTION EXCLUSION – EXCEPTION
## FOR BUILDING HEATING EQUIPMENT

### IT IS HEREBY UNDERSTOOD AND AGREED THAT:

Subparagraph (1)(a) of the **Pollution** exclusion under Paragraph **2., Exclusions of Bodily Injury And Property Damage Liability Coverage (Section I – Coverages)** is replaced by the following:

This insurance does not apply to:

POLLUTION

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

  (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

  However, Subparagraph (a) does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building, including water heating equipment.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00508**

ENDORSEMENT # 13

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

ADDITIONAL INSURED –

MORTGAGEE, ASSIGNEE, OR RECEIVER

It is hereby understood and agreed that:

SCHEDULE

Name of Person or Organization:  PER SCHEDULE ON FILE WITH COMPANY

Designation of Premises:        PER SCHEDULE ON FILE WITH COMPANY

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00509**

ENDORSEMENT # 14

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Schedule

**Names of Additional Named Insureds**                **Form of Business**

As per schedules on file                              As scheduled

And/Or

Only corporation or other business organization scheduled on the policy in which the named insured shown in the declarations has or acquires during the policy period an ownership interest of 50% or the named insured manages under a property management contract and is domiciled within the united states of America, it is territories or possessions, Puerto Rico or Canada.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00510

ENDORSEMENT # 15

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Additional Named Insured Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Throughout this policy, the words "you" or "your" also refer to each additional named insured listed in the schedule of this endorsement. The following provisions also apply:

1.    If you are designated in the declarations or this endorsement as:

a.    An individual, you and you spouse are insureds , but only with respect to the conduct of a business of which you are the sole owner.

b.    A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

c.    A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. You managers are insureds, but only with respect to their duties as your managers.

d.    An organization other than a partnership, joint venture or limited liability company, you are insured. Your "executive officer" and directors are insureds, but only with respect to their duties as your officers or directors. You stockholders are also insureds, but only with respect to their liability as stockholders.

2.    The named insured shown in the Declarations is authorized to act for each additional named insured listed in all matters pertaining to this insurance including, but not limited to, receipt of:

a.    Notice of cancellation;
b.    Any returned premium;
c.    Any dividends which we may declared.

3.    The named insured shown in the declarations will pay the premium for the insurance afforded each additional named insured listed in accordance with the manual rules we use; provided that in the event of bankruptcy  or insolvency of the named insured shown in the Declarations, each additional named insured will be responsible for and will pay us the premium for the insurance afforded respectively to each such additional named insured.

**ME 00511**

**ENDORSEMENT # 15**

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:      National Coalition of Property Owners & Managers, Inc. &/or
                Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

4.      Coverage A does not apply to "bodily injured" or "property damage" that occurred before the
        named insured acquired or formed the additional named insured listed.

5.      Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense
        committed before the named insured acquired or formed the additional named insured listed.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00512**

ENDORSEMENT # 16

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

### Cancellation/ Nonrenewal/Coverage Change Endorsement

This endorsement forms a part of the policy to which it is attached.

In the event of cancellation for any reason other than nonpayment of premium, nonrenewal or a material change that reduces or restricts the insurance  afforded by the  Coverage Part, we agree to provide 90 days prior written notice of cancellation, nonrenewal or material change to the first Named Insured. Notice will be mailed prior to:

1)    the effective date of cancellation or material change, or
2)    the policy expiration date if notice of nonrenewal.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00513**

ENDORSEMENT # 17

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:     National Coalition of Property Owners & Managers, Inc. &/or
               Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA


THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Employee Benefits Liability Insurance Endorsement

CLAIMS MADE BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Employee Benefit Liability Coverage

A.  Insuring Agreement

1.   We will pay on your behalf "loss" sustained by any of you "employees" which you became legally
     obligated to pay as a result of any negligent act, error or omission that occurs in the
     "administration" of your "employee benefits program."
2.   This insurance does not apply to any "loss" or claim which occur before the Retroactive Date
     shown in the schedule of this endorsement or which occurs after the policy period.

3.   This insurance applies only if a claim is first made  against any  insured during the policy period.

     a.   A claim by an "employee" for "loss" will be deemed to have been made when notice of
          such claim is received and recorded by any insured or us, whichever comes first.

     b.   All claims for "loss" as a result of any one negligent act error or omission that occurs in
          the "administration" of your "employee benefits program" will be deemed to have been
          made at the time the fist such claim  is made against the insured, regardless of the
          number of "employees" making such claims.

4.   We will have the right and duty to defend any "suit" against you for "loss" to which this
     insurance applies. We may investigate and settle any claim or "suit" at our discretion, but we shall
     not be obligated to pay any claim or judgment or to defend any "suit"  after the General
     Aggregate Limit shown in the Declaration has been exhausted by payment of judgments or
     settlements or after the Agreement Limit  shown in this endorsement Schedule has been
     exhausted by payment of judgments or settlements.

B.    Exclusions

The insurance afforded by this endorsement does not apply to:

**ME 00514**

ENDORSEMENT # 17

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

1.    Any "loss" or claim arising out of :

      a.    Discrimination;
      b.    Libel or slander; or
      c.    Any dishonest, fraudulent, criminal or malicious act.

2.    Any "loss " or claim for which coverage is provided under Section 1.  Coverage  A or B of the
      Commercial General Liability Coverage Form.

3.    Any "loss" or claim arising out of injury to the feelings or reputation of any person, including
      metal anguish or humiliation;

4.    Any "loss" or claim arising out of a  failure of performance  of any contact by an insurer or third
      party administrator.

5.    Any "loss" or claim based upon the failure to pay more than the usual, customary and reasonable
      dental, medical or hospital expense.

6.    Any "loss" or claim based upon the failure to comply with any law concerning workers
      compensation, unemployment compensation, social security or disability benefits.

7.    Any "loss" or claim based upon:

      a.    Failure of stock, bonds, or other investments to perform as represented by you;
      b.    Advice on whether to participate or not participate on any plan included in your "
            employee benefits program";
      c.    The investment or noninvestment of funds, or
      d.    Financial failure of any plan or program included in your "employee benefits program."

8.    Any "loss" that is expected or intended from the standpoint of any insured.

C.    Who is An Insured

1.    With respect to the coverage provided under this endorsement only, if you are designated in the
      Declarations as:

      a.    An individual, you  and your spouse are insured, but only with respect to the conduct of a
            business which you are the sole owner.

      b.    A partnership or joint venture, you are insured.  Your members, your partners and their
            spouses are also insureds, but only with respect to conduct of your business.

ME 00515

ENDORSEMENT # 17

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:       · National Coalition of Property Owners & Managers, Inc. &/or
                    Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

    c.    A limited liability company,  you are insured. You members are also insureds, but only
          with respect to the conduct of you business.  Your  managers are insureds, but only with
          respect to their duties as your managers.

    d.    An organization other than a partnership, joint venture or limited liability company, you are
          an insured.  Your "executive officers" and directors are insureds, but only with respect to
          their duties as your officers and directors. Your stockholders are also insureds but only
          with respect to their liability as stockholders.

2.    Each of your "employees" authorized to act in the "administration" of your "employee benefits
      program" is also an insured, but only while acting within the scope of his or her duties in
      connection with such authorized activity.

The insurance provided under this endorsement does not apply to "loss" arising out of the conduct of any
past or present partnership or joint venture of which you are a partner or member and which is not
designated in the Declarations as a "named insured."

D.    Limits of Liability; Deductible

1.    The Per Employee Limit listed in this endorsement Schedule is the most we will pay for "loss"
      sustained by any one "employee" as a result of any negligent act, error or omission or
      combination of such negligent acts, errors or omissions in the "administration" of your "employee
      benefits program."

2.    The Aggregate  Limit listed in this endorsement Schedule is the most we will pay for all "loss"
      sustained  by all "employees" arising out of the "administration" of your "employee benefits
      program" during the policy period  covered by this endorsement. The Per Employee Limit and
      Aggregate Limit of this endorsement shall not increase the General Aggregate Limit shown in the
      Declarations . Any payments we make  for "loss" shall exhaust the General Aggregate Limit set
      forth in the Declarations.

3.    Our obligation to pay for "loss" applies only to the amount of "loss" arising out of any one claim
      or "suit" in excess of the  Deductible amount stated in the Schedule of this endorsement. We may
      pay any part or all of the Deductible amount to effect settlement of any claim or "suit" and upon
      notification by us you shall promptly reimburse us for that part of the Deductible we paid.

4.    The Per Employee Limit will be reduced by the amount of the Deductible. The Aggregate Limit
      shall not be reduced by the application of such Deductible amount.

ME 00516

ENDORSEMENT # 17

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

5.    The limits of this endorsement apply separately to each consecutive annual period and to any
      remaining period of less than 12 months, starting with the beginning of the policy period shown in
      the Declarations, unless the policy period is extended after issuance for an additional period of
      less than 12 months. In that case, the additional period will be deemed part of the last preceding
      period for purposes of determining the Limits of Insurance.

E.    Additional Conditions

      The following conditions are added to the policy:

1.    Notice

      a.    You must see to it that we are notified as soon as practical of an act, error or omission
            which may result in a claim. To the extent possible, notice should include how, what,
            when, and where the act, error or omission took place and the names and addresses of
            any "employee" who may suffer a "loss" as a result of the act, error or omission.

Notice of an act , error or omission is not a notice of a claim

2.    Other Insurance

This insurance is primary except when you purchase the Supplemental Extended Reporting Period
endorsement. If this insurance is primary, our obligations are not effected unless any other valid and
collectible insurance available to the insured is also primary. Then, we will share with all that other
insurance by the method described in Other Insurance provision c. Method of Sharing of the Commercial
General Liability Coverage Form.

F.    Extended Reporting Period

1. We will provide one or more Extended Reporting Periods, as described below, if:

      a.    This endorsement is canceled or not renewed; or
      b.    We renew or replace this endorsement with insurance that:

(1)    Has a Retroactive Date later than the date shown in this endorsement.

(2)    Does not apply to "loss" on a claim made basis.

2.    A Basic Extended Reporting Period is automatically provided without additional charge. This period
      starts with the end of the policy period and lasts for 60 days.

ME 00517

ENDORSEMENT # 17

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:     National Coalition of Property Owners & Managers, Inc. &/or
               Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

3.     A Supplemental Extending Reporting Period  of one year is available, but only by an endorsement and an extra charge. This supplemental period starts sixty days after the end of policy period .

You must give us a written request for the endorsement with 60 days after the end of the policy period. The Supplement Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the  following:

     a.     The exposures listed;
     b.     Previous types and amount of insurance;
     c.     Limits of Insurance available under this endorsement for future payment of damages; and
     d.     Other related factors.

The additional premium will not exceed 200% of the annual premium for this endorsement.

The insurance afforded for claims first received during the Supplemental Extended Reporting Period is excess over any other valid and collectible insurance available under  policies in force after the supplemental Extended Reporting Period starts.

4.     Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to claims for "loss" resulting from a negligent act, error or omission that occurs  before the end of the policy  period (but not before the  Retroactive Date, if any, shown in this endorsement).

Claims for such "loss" which are first received and recorded during the Basic Extended Reporting Period (or during the Supplemental Extended Reporting Period,  if it is in effect) will be deemed to have been made on the last day of the policy period.

Once in effect, Extended Reporting Periods may not be canceled.

5.     Extended Reporting Periods do not reinstate or increase the Limits of Insurance applicable to any claim to which this endorsement applies.

ME 00518

ENDORSEMENT # 17

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
             Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA


G.    Revised Definitions

Paragraph 5. Of section V – Definitions is deleted and replaces by:

5.    "Employee" means current or former employees, their spouses, their dependents, their estate,
      heirs, legal representatives, beneficiaries or assigns. "Employees" includes a "leased worker."
      "Employee" does not include a "temporary worker."

H.    Additional Definitions

For the purpose of this endorsement only;

1. "Administration";

   a.    means your:

         (1)    Providing interpretations and giving advice to your "employees" regarding your
                "employee benefits program;"
         (2)    Handling records in connection with your "employee benefits program;" and
         (3)    Effecting the enrollment, termination or cancellation of "employees" under your
                "employee benefits program;" but

   b.    does not include:

         (1)    Any act, error or omission of any person acting in the capacity of a fiduciary under
                the Employee Retirement Income Security Act of 1974, as amended, and any rule
                or regulation relating to that act;
         (2) Any act, error or omission of an insurer or third party administrator;
         (3) The giving of legal counsel or the unauthorized practice of law; or
         (4) The giving of tax advice or making representations as to tax consequences.

2.    "Employee benefits program" means any of the following employee benefits plans and programs:

   a.    Group Life Insurance, group accident and health insurance, group dental insurance,
         employee pension plans, employee stock subscription plans, profit sharing plans, and
         disability benefits insurance;

   b.    Any employee benefit plan or program described in the Schedule of this endorsement; or


**ME 00519**

ENDORSEMENT # 17

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:     National Coalition of Property Owners & Managers, Inc. &/or
               Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

c.     Any other employee benefit plan or program added to your "employee benefits program"
       after the effective date of this endorsement provided that written notice is given to us
       within 30 days after such plan or program is implemented; but

"Employee benefits program" does not include workers compensation, unemployment compensation or
Social Security.

3.     "Loss" means benefits which should have been paid to any of your "employees" under your
       "employee benefits program," but which benefits will not be paid as a result of a negligent act,
       error or omission that occurred in the "administration" of your "employee benefits program."

"Loss" shall include interest on such benefits that should have been paid, but shall not include:

a.     Any fines, taxes, or penalties assessed against you as a result of your failure to comply
       with any federal, state or local law, stature rule or regulation relating to your "employee
       benefits program";

b.     In the case of a funded "employee benefits program", any deductible, coinsurance, self-
       insured  retention or other financial  obligation retained by you which you would have
       been required to pay in the absent of any negligent act, error or omission in the
       "administration" of your "employee benefits program;"

c.     In the case of self-funded "employee benefits program", any financial obligation for which
       you would have been liable in the absent of any negligent act, error or omission in the
       "administration" of you "employee benefits program;" or

d.     Any fines, taxes or penalties assessed against an "employee" as a result of any act, error
       or omission in the "administration" of your "employee benefits program."

Schedule

Limits of Insurance:     $ 1,000,000     Per Employee Limit

                         $ 2,000,000       Aggregate Limit

Deductible               $   250,000     Per Claim

ME 00520

ENDORSEMENT # 17

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:      National Coalition of Property Owners & Managers, Inc. &/or
                Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA


Pursuant to Section H.2.b. of this endorsement, the following programs are included within the definition of "employee benefits program:"


All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00521

ENDORSEMENT # 18

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:       National Coalition of Property Owners & Managers, Inc. &/or
                 Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA


THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### Employment-Related Practices Exclusion Endorsement

This endorsement modifies the insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.     The following exclusion is added to paragraph 2. Exclusions of COVERAGE A—BODILY INJURY
       AND PROPERTY DAMAGE LIABILITY (Section I-Coverages):

This insurance does not apply to:

1.   "Bodily injury" to:

       a.  A person arising out of any:

              (1)    Refusal to employ that person; or

              (2)    Termination of that person's employment; or

              (3)    Employment-related practices, policies, acts or omissions, such as coercion,
                     demotion, evaluation, reassignment, discipline, defamation, harassment,
                     humiliation or discrimination directed at that person; or

       b.  The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury"
           to that person at whom any of the employment related practices described in paragraphs
           (1), (2), or (3) above is directed.

This exclusion applies:

       a. Whether the insured may be liable as an employer or in any other capacity; and
       b. To any obligation to share damages with or repay someone else who must pay damages
          because of injury.

B.     The following exclusion is added to Endorsement GL2402;

This insurance does not apply to:

   1.  "Personal injury"  to:

       a.     A person arising out of any:

ME 00522

**ENDORSEMENT # 18**

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:       National Coalition of Property Owners & Managers, Inc. &/or
                 Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

　　　　　　　　(1)     Refusal to employ that person;

　　　　　　　　(2)     Termination of that person's employment; or

　　　　　　　　(3)     Employment-related practices, policies, acts or omissions such as coercion,
                        demotion , evaluation, reassignment, disciplined, defamation, harassment,
                        humiliation or discrimination directed at that person; or

　　　　b.     The spouse, child, parent, brother or sister of that person as a consequence of "personal
              injury" to that person at whom any of the employment-related practices described in
              paragraphs (1), (2), or (3) above is directed.

This exclusion applies :

　　　　a.     Whether the insured may be liable as an employer or in any other capacity; and

　　　　b.     To any obligation to share damages with or repay someone else who must pay damages
              because of the injury.

All other terms and conditions of this policy are applicable to this endorsement.

*[signature]*
_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00523**

ENDORSEMENT # 19

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### Notice of Occurrence Endorsement

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

Subsection 2.A . of Section IV – Commercial General Liability Conditions is replaced by the following:

2.  Duties in the Event of Occurrence, Offense, Claim or Suit.

    A.    You, your insurance manager or any other person you designate must see to it that we, or
          our authorized agents, are notified, promptly of an "occurrence" or offense which may
          result in a claim. Notice should include:

          1.    How, when and where the "occurrence" or offense took place; and

          2.    The names and addresses of any injured persons and witnesses; and

          3.    The nature and location of any injury or damage arising out of the "occurrence" or
                offense.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00524**

ENDORSEMENT # 20

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA


THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.


### Knowledge of Occurrence Endorsement

This endorsement modifies the insurance provided under the following:


### COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph 2. Duties in the event of Occurrence, Offense, Claim or Suit of
Section IV

Commercial General Liability Conditions:

Knowledge of an "occurrence" by your agent, servant or "employee" is not considered knowledge by you
unless your insurance manger or other designated person has received notice from your agent, servant or
"employee."


All other terms and conditions of this policy are applicable to this endorsement.


_____
Authorized Representative OR
Countersignature (In state where applicable)


**ME 00525**

ENDORSEMENT # 21

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**Hired and Nonowned Watercraft Amendment Endorsement**

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph 2.g. Aircraft, Auto or Watercraft (2) of SECTION I – COVERAGES is deleted and replaced by
the following:

(2)    A watercraft you do not own that is:

    (a)    Less than or equal to the length shown in the Schedule; or
    (b)    Not being used to carry persons or property for a charge.

Schedule

Length of watercraft in feet:  50

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00526**

ENDORSEMENT # 22

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA


THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### Coverage Amendment Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph 2.a Expected or Intended Injury of SECTION I- COVERAGES is deleted and replaced by the following:

2.    Exclusions.

This insurance does not apply to:

a.    Expected or Intended Injury

"bodily injury" or "property damage" expended or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.


All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00527**

ENDORSEMENT # 23

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### Net Leased Property Extension Endorsement

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

The coverage afforded by this policy is extended to include coverage from any net lease property owned or controlled by you. The coverage provided by this endorsement is excess and/or contingent of any other insurance. Coverage only applies to corporations and business organizations scheduled on the policy.

In the event of a report of an "occurrence" to any other potential insurer which later develops into a claim, coverage from which is provided by this endorsement, the failure to report such accident to us at the time of the "occurrence" shall not be deemed in violation of SECTION IV-Condition 2. Duties In The Event Of Occurrence, Offence, Claim or Suit. However, there is distinct understanding and agreement that the insured must as soon as the person responsible for insurance of the Named Insured is definitely made aware of the fact that other potential insurance is insufficient or impaired, give notification of the aforesaid "occurrence" to us.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00528

ENDORSEMENT # 24

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:     National Coalition of Property Owners & Managers, Inc. &/or
               Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Amendment Of Pollution Exclusion Endorsement

This endorsement modifies insurance provided under the following:

Paragraph 2.f.(I)(a) and 2.f.(2) of SECTION I-COVERAGE A do not apply to "bodily injury" directly caused by fungi or bacteria whose growth or existence within a building or upon a premise any insured owns, rents occupies or manages, is arising out of.

1.     The stagnation of water in any part of the building it is not intended to be; or

2.     The intrusion of water or moisture into any part of the building where it is not intended to be.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00529

ENDORSEMENT # 25

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:   National Coalition of Property Owners & Managers, Inc. &/or
             Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Lead Exclusion Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

1.   "Bodily injury" or medical payments arising out of the actual or alleged ingestion, exposure to or
     absorption of lead;

2.   "Property damage," "personal injury" or "advertising Injury" arising out of or related to lead, the
     actual or alleged exposure to lead or any claims or "suits" arising from lead;

3.   Any loss, cost or expenses arising out of any request, demand or order that any insured or others
     test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or any way responded
     to, or asses the effects of lead; or

4.   Any loss, cost or expenses arising out of any claim or "suit" by or on behalf a governmental
     authority for damages because of testing for, monitoring, cleaning up, removing, containing,
     treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of lead.

For the purpose of this endorsement, lead means  lead and lead components in any form.

All other terms and conditions of this policy are applicable to this endorsement.

_____
        Authorized Representative OR
   Countersignature (In state where applicable)

ME 00530

ENDORSEMENT # 26

This endorsement, effective 12:01 AM October 1, 2000

Forms a part of policy no.: 015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### Real Estate Property Managed Endorsement

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to property you operate or manage or as to which you act as an agent for the collection of rents or in any other supervisory capacity.

With respect to your liability arising out of your management of property for which you are acting as real estate manager this insurance is excess over any other valid and collectible insurance available to you.

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00531

**ENDORSEMENT # 27**

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:      National Coalition of Property Owners & Managers, Inc. &/or
                Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Agreed Rating Date and Rating Period

In consideration of the premium charged, it is hereby understood and agreed that:

A.    You and we have agreed that this continuous policy is rated using filed rates and rules that are
      current as of the Initial Rating Date shown in the Schedule below, and that it will be rated using
      filed rates and rules that will be current as of any Agreed Rerate Date also shown in the Schedule.
      Your premium will be calculated on an annual basis by applying the rates as of the Initial Rating
      Date, until an Agreed Rerate Date is reached, at which time your premium will be calculated on an
      annual basis by applying the rates that are developed as of that Agreed Rerate Date.

B.    We may terminate this policy:

      a.      At any time, but only for the reasons:

              (1)     Set forth in this policy that apply to midterm cancellation; or

              (2)     Set forth in law and regulation applicable to midterm cancellation;

              And in either case, only upon proper advance notice to you as required for midterm
              cancellation by the terms of this policy or applicable law and regulation.

      b.      Upon any anniversary of the Initial Rating Date of this policy, but only for the reasons:

              (1)     Set forth in this policy that apply to nonrenewal; or

              (2)     Set forth in law and regulation applicable to non renewal;

              And in either case, only upon proper advance notice to you as required for midterm
              cancellation by the terms of this policy or applicable law and regulation.

      c.      Premium for this policy shall be based on one or more of the following premiums basis
              indicated below:

              (i)     Square Feet / Per 1000
              (ii)    Number of Employees / Each
              (iii)   Number of Units / Each
              (iv)    Receipts / Per 1000

**ME 00532**

**ENDORSEMENT # 27**

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA


And in either case, only upon proper advance notice to you as required for nonrenewal by
the terms of this policy or applicable law and regulation.

An anniversary occurs every 12 months following the Initial Rating Date.


Schedule


Initial Rating Date:          October 1, 2000

Agreed Rerate Date(s):        October 1, 2001
                              October 1, 2002


All other terms and conditions of this policy are applicable to this endorsement.


_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00533

ENDORSEMENT # 28

This endorsement, effective 12:01 AM  October 1, 2000

Forms a part of policy no.:  015 11 27

Issued to:    National Coalition of Property Owners & Managers, Inc. &/or
              Insurance Purchasing Group Association, LLC ( as per Endorsement #1 )

By:  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

SELF INSURED RETENTION-PER OCCURRENCE

It is agreed that:

1.    The Company's obligation, under the coverages provided by this policy, to pay "Ultimate Net
      Loss" on behalf of the "Insured", applies only to the "Ultimate Net Loss" in excess of the Self
      Insured Retention stated blow, and subject to the Limits of Liability stated in the policy.    The
      terms of this policy including those with respect to the Company's rights and duties with respect
      to defense of suits apply in excess of the application of the Self Insured Retention amount.

2.    The "Insured" shall immediately notify the Company in writing of any "Claim" to which this policy
      applies which

      a)    involved serious "Bodily Injury" or Fatality;
      b)    the "Insured" has received notice of suit in which the damage demand exceeds the Self
            Insured Retention;
      c)    may exceed 25% of the Self Insured Retention.

3.    The "Insured" shall at all times maintain a Company approved claims handling service with respect
      to the Self Insured Retention.

4.    The Self Insured Retention stated below shall apply to the coverages afforded by this policy on a
      "Per Occurrence" basis to the "Ultimate Net Loss as a result of any one "Occurrence" regardless
      of the number of persons or organizations who sustain damages because of the occurrence.

Self Insured Retention:        $250,000 per "Occurrence" including expenses.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00534



| INVOICE NO. | |
|---|---|

**RISK SPECIALISTS CO.**
**OF NEW YORK, INC.**
80 PINE STREET, 3RD FLOOR
NEW YORK, N.Y. 10005

FIRST CAPITAL GROUP
31 XPH 'SSWAY PLAZA
ROSLYN HEIGHTS NY 11577

ATTENTION: DENNIS REILLY

BROKER CODE:

DATE: 2/21/01

| | TRANSACTION | | | BP |
|---|---|---|---|---|
| | EFF. DATE | EXP. DATE | | GROSS PREMIUM |
| | 10/1/00 | 10/1/01 | | $161,411.00 |

| INSURED | COMPANY | POLICY NO. |
|---|---|---|
| TIONAL COALITION OF PROPERTY OW | NATIONAL UNION FIRE | 015 1127 |
| 150 John Street, 4th Floor New York NY 10038 | | |

DATE DUE: 11/30/00

DESCRIPTION: NEW ACCOUNT

COMMISSION          8.0%          $12,912.88

NET PREMIUM          $148,498.12

TOTAL AMOUNT DUE          $148,498.12

| DATE DUE: | NET PREMIUM |
|---|---|
| 11/30/00 | $37,124.53 |
| 01/30/01 | $27,843.40 |
| 04/30/01 | $27,843.40 |
| 07/30/01 | $27,843.40 |
| 10/30/01 | $27,843.39 |

Remit Payment to:
Risk Specialists Co. of NY Inc.
P.O. Box 10177
Newark, NJ 07193

NOTE: BROKER NAMED HERE ON IS RESPONSIBLE FOR COLLECTION & PAYMENT OF ALL SURPLUS LINES TAXES AND FEES.

ME 00535

ENDORSEMENT # 29

This endorsement, effective 12:01 AM, February 22, 2001

Forms a part of policy no.: 015 11 27

Issued to: National Coalition of Property Owners & Managers, Inc. &/or Insurance Purchasing Group Association, LLC (as per endorsement #1)

By: National Union Fire Insurance Company of Pittsburgh, PA

It is hereby agreed and understood that effective February 22, 2001 Manhusudham Rao Chava & Parvathi Chava DBA Chava Reqalty is canceled pro rata.

The return premium is calculated as follows:

| Original Premium | Pro Rata Factor | Earned Premium | Return Premium |
|---|---|---|---|
| $ 310 (annual) | .356 .644 | $ 110 (annual) | $ 200 |

The total return premium is:     $ 200

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00536**

CRED ___ MO NO. _____

## RISK SPECIALISTS CO.
## OF NEW YORK, INC.
80 PINE STREET, 3RD FLOOR
NEW YORK, N.Y. 10005

FIRST CAPITAL GROUP
3 EXPRESSWAY PLAZA
ROSLYN HEIGHTS NY 11577

ATTENTION:    DENNIS REILLY

BROKER CODE:    15545

DATE:    4/12/01

| INSURED | COMPANY | POLICY NO. | TRANSACTION | | | BP |
| | | | EFF. DATE | EXP. DATE | GROSS PREMIUM | |

| INSURED | COMPANY | POLICY NO. | EFF. DATE | EXP. DATE | GROSS PREMIUM |
|---|---|---|---|---|---|
| NATIONAL COALITION OF PROPERTY OW<br>59 John Street, 4th Floor<br>New York, NY 10038 | NATIONAL UNION FIRE | 015 1127 | 2/22/01 | 10/1/01 | ($5,937.00) |

DATE DUE:    3/9/01

DESCRIPTION:    RETURN PREMIUM ENDORSEMENT

COMMISSION                                    8.0%          ($474.96)

NET PREMIUM                                                 ($5,462.04)

TOTAL AMOUNT DUE                                           ($5,462.04)

Remit Payment to:-
Risk Specialists Co. of NY inc.
P.O. Box 10777
Newark, NJ 07193

NOTE: BROKER NAMED HERE ON IS RESPONSIBLE FOR COLLECTION & PAYMENT OF ALL
SURPLUS LINES TAXES AND FEES.

4/1/01
7/01
10

Cash - 1979 -

ME 00537

ENDORSEMENT # 30

This endorsement, effective 12:01 AM, February 20, 2001

Forms a part of policy no.: 015 11 27

Issued to: National Coalition of Property Owners & Managers, Inc. &/or Insurance Purchasing Group Association, LLC (as per endorsement #1)

By: National Union Fire Insurance Company of Pittsburgh, PA

It is hereby agreed and understood that effective February 20, 2001 Alclair, Inc is canceled pro rata.

The return premium is calculated as follows:

| Original Premium | Pro Rata Factor | Earned Premium | Return Premium |
|---|---|---|---|
| $ 734 (annual) | .337 | $ 247 (annual) | $ 487 |

The total return premium is:          $ 487

All other terms and conditions of this policy are applicable to this endorsement.

$VOID$

_____
Authorized Representative OR
Countersignature (In state where applicable)

ENDORSEMENT # 31

This endorsement, effective 12:01 AM, March 30, 2001

Forms a part of policy no.: .015 11 27

Issued to: National Coalition of Property Owners & Managers, Inc. &/or Insurance Purchasing Group Association, LLC (as per endorsement #1)

By: National Union Fire Insurance Company of Pittsburgh, PA

It is hereby agreed and understood that effective March 30, 2001 the following location is added to Vitale Real Estate as a named insured for the following entity and location:

127 Avenue E
Bayonne, New Jersey 07002

The additional premium is calculated as follows:

| New Exposure | Rate per Unit | | Annual Premium | Pro Rata Factor | Additional Premium |
|---|---|---|---|---|---|
| 6 units | $ 10.80 | $ 65 | | .545 | .$ 35 |

The total additional premium is:          $ 35

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00539

| INV̲ | ̲CE NO. | |
|---|---|---|

**RISK SPECIALISTS CO .**
**OF NEW YORK, INC.**
80 PINE STREET, 3RD FLOOR
NEW YORK, N.Y.  10005

ST CAPITAL GROUP
.PRESSWAY PLAZA
ROSLYN HEIGHTS  NY  11747

ATTENTION:     DENNIS REILLY

BROKER CODE:

DATE:        6/5/01       RS

| INSURED | COMPANY | POLICY NO. | TRANSACTION | | GROSS PREMIUM |
|---|---|---|---|---|---|
| | | | EFF. DATE | EXP. DATE | |
| NATIONAL COALITION OF PROPERTY OW | NATIONAL UNION FIRE | 015 1127 | 3/30/01 | 10/31/01 | |
| 59 JOHN STREET, 4TH FLOOR | | | | | |
| NEW YORK          NY  10038 | | | | | $35.00 |

DATE DUE:      6/20/01               COMMISSION              8.0%        $2.80

DESCRIPTION:    ADDITIONAL PREMIUM          NET  PREMIUM                 $32.20

TAXES & FEES

TOTAL  AMOUNT  DUE              $32.20

Remit Payment to:-
Risk Specialists Co. of NY inc.
P.O. Box 10777
Newark, NJ 07193

NOTE: BROKER NAMED HERE ON IS RESPONSIBLE FOR COLLECTION & PAYMENT  OF ALL
SURPLUS LINES TAXES AND FEES.

ME 00540

ENDORSEMENT # 32

This endorsement, effective 12:01 AM, February 8, 2001

Forms a part of policy no.: 015 11 27

Issued to: National Coalition of Property Owners & Managers, Inc. &/or Insurance Purchasing Group Association, LLC (as per endorsement #1)

By: National Union Fire Insurance Company of Pittsburgh, PA

It is hereby agreed and understood that effective February 8, 2001 15 & 30 Westminster Road Realty is canceled pro rata.

The return premium is calculated as follows:

| Original Premium | Pro Rata Factor | Earned Premium | Return Premium |
|---|---|---|---|
| $ 2,688 (annual) | .345 | $ 927 (annual) | $ 1,761 |

The total return premium is:          $ 1,761

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00541**

ENDORSEMENT # 33

This endorsement, effective 12:01 AM, February 5, 2001

Forms a part of policy no.: 015 11 27

Issued to: National Coalition of Property Owners & Managers, Inc. &/or Insurance Purchasing Group Association, LLC (as per endorsement #1)

By: National Union Fire Insurance Company of Pittsburgh, PA

It is hereby agreed and understood that effective February 5, 2001 AMO Estates Inc. is canceled pro rata.

The return premium is calculated as follows:

| Original Premium | Pro Rata Factor | Earned Premium | Return Premium |
|---|---|---|---|
| $ 2,325 (annual) | .310 | $ 721 (annual) | $ 1,604 |

The total return premium is:          $ 1,604

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00542**

ENDORSEMENT # 034

This endorsement, effective 12:01 AM, February 10, 2001

Forms a part of policy no.: 015 11 27

Issued to: National Coalition of Property Owners & Managers, Inc. &/or Insurance Purchasing Group Association, LLC (as per endorsement #1)

By: National Union Fire Insurance Company of Pittsburgh, PA

It is hereby agreed and understood that effective February 10, 2001 Greater Centennial Housing is canceled pro rata.

The return premium is calculated as follows:

| Original Premium | Pro Rata Factor | Earned Premium | Return Premium |
|---|---|---|---|
| $ 2,785 (annual) | .323 | $ 900 (annual) | $ 1,885 |

The total return premium is:          $ 1,885

All other terms and conditions of this policy are applicable to this endorsement.

_Paul J. [signature]_
_____
Authorized Representative OR
Countersignature (In state where applicable)

**ME 00543**

CREDIT ___ NO.

## RISK SPECIALISTS CO.
## OF NEW YORK, INC.
80 PINE STREET, 3RD FLOOR
NEW YORK, N.Y. 10005

FIRST CAPITAL GROUP
3 EXPRESSWAY PLAZA
ROSLYN HEIGHTS NY 11577

ATTENTION:    DENNIS REILLY

BROKER CODE:    15545

DATE:    4/12/01        BP

| INSURED | COMPANY | POLICY NO. | TRANSACTION | | | |
| | | | EFF. DATE | EXP. DATE | GROSS PREMIUM |
|---|---|---|---|---|---|
| NATIONAL COALITION OF PROPERTY OW | NATIONAL UNION FIRE | 015 1127 | 2/22/01 | 10/1/01 | ($5,937.00) |
| 59 John Street, 4th Floor | | | | | |
| New York, NY 10038 | | | | | |
| | | | COMMISSION | 8.0% | ($474.96) |
| | | | NET PREMIUM | | ($5,462.04) |

DATE DUE:    3/9/01

DESCRIPTION:    RETURN PREMIUM ENDORSEMENT

TOTAL AMOUNT DUE    ($5,462.04)

NOTE: BROKER NAMED HERE ON IS RESPONSIBLE FOR COLLECTION & PAYMENT OF ALL
SURPLUS LINES TAXES AND FEES.

Remit Payment to:-
Risk Specialists Co. of NY inc.
P.O. Box 10777
Newark, NJ 07193

ME 00544

ENDORSEMENT # 35

This endorsement, effective 12:01 AM, April 24, 2001

Forms a part of policy no.: 0151127

Issued to:  National Coalition of Property Owners & Managers, Inc. &/or Insurance Purchasing Group Association, LLC (as per endorsement #1)

By:  National Union Fire Insurance Company of Pittsburgh, PA

It is hereby agreed and understood that effective April 24, 2001 Frank Oliver is added as a named insured for the following entities and locations:

343 Market Street
Paterson, NJ  07501

The additional premium is calculated as follows:

| New Exposure | Rate per Unit | Annual Premium | Pro Rata Factor | Additional Premium |
|---|---|---|---|---|
| 5 | $ 28.14 | $ 141.00 | 0.4380 | $ 62.00 (annual premium) |

The total additional premium is:       $ 62.00 (annual premium)

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00545

INV_ _E NO.

**RISK SPECIALISTS CO .
OF NEW YORK, INC.**
80 PINE STREET, 3RD FLOOR
NEW YORK, N.Y. 10005

_ST CAPITAL GROUP
_ ESPRESSWAY PLAZA
ROSLYN HEIGHTS  NY  11747

ATTENTION:    DENNIS REILLY

BROKER CODE:

DATE:    7/17/01    RS

| INSURED | COMPANY | POLICY NO. | TRANSACTION | | GROSS PREMIUM |
| | | | EFF. DATE | EXP. DATE | |
|---|---|---|---|---|---|
| NATIONAL COALITION OF PROPERTY OW<br>59 JOHN STREET, 4TH FLOOR<br>NEW YORK      NY 10038 | NATIONAL UNION FIRE | 105 1127 | 4/24/01 | 10/31/01 | |
| | | | | | $62.00 |

DATE DUE:    8/1/01

COMMISSION                    8.0%                    $4.96

DESCRIPTION:    ADDITIONAL PREMIUM

NET PREMIUM                    $57.04

TAXES  &  FEES

TOTAL  AMOUNT  DUE                    $57.04

Remit Payment to:-
Risk Specialists Co. of NY inc.
P.O. Box 10777
Newark, NJ 07193

NOTE: BROKER NAMED HERE ON IS RESPONSIBLE FOR COLLECTION & PAYMENT  OF ALL
SURPLUS LINES TAXES AND FEES.

ME 00546

## ENDORSEMENT # 36

This endorsement, effective 12:01 AM, June 18, 2001

Forms a part of policy no.: 0151127

Issued to: National Coalition of Property Owners & Managers, Inc. &/or Insurance Purchasing Group Association, LLC (as per endorsement #1)

By: National Union Fire Insurance Company of Pittsburgh, PA

It is hereby agreed and understood that effective June 18, 2001 Marchall & Moran has deleted the following locations:

33 Mill Rd
Newton,

315-321 West Grand St.
Elizabeth, NJ

The return premium is calculated as follows:

| Deleted Exposure | Rate per Unit | Annual Premium | Pro Rata Factor | Return Premium |
|---|---|---|---|---|
| 415 units | $ 6.97 | $ 2,893 | .288 | 833 |

The total return premium is:     $ 833 (Annual)

All other terms and conditions of this policy are applicable to this endorsement.

_____
Authorized Representative OR
Countersignature (In state where applicable)

ME 00547

*NCOPC ... emium information for:* Octobern

**Original Policy Premium:**     $ 161,411

**Endorsements Added during the policy Period:**

| *Entity Name* | *Transaction / Endorsement* | *AP or RP* | *New Premium Total* |
|---|---|---|---|
| CHAUN | Canceled Pro Rata | $ 200 R/P | $ 161,211 |
| Alclair | Canceled Pro Rata | $ 487 R/P | $ 160,724 |
| Greater Centennial | Canceled Pro Rata | $ 1,885 R/P | $ 158,839 |
| 15:30 Westminster | Canceled Pro Rata | $ 1,761 R/P | $ 157,078 |
| AMO Estates | Canceled Pro Rata | $ 1,604 (R/P) | $ 155,474 |
| Vitale Real Estate | additional Location | $ 35 (AP) | $ 155,509 |
| Frank Cluer | add Main Ins + Loc | $ 62 A/P | $ 155,571 |

ME 00548

NATIONAL UNION FIRE INSURANCE COMPANY
80 PINE STREET
NEW YORK, NY 10005

**NY Nonrenewal Letter**

A Member Company
American International Group, Inc.

July 31, 2001

National Coalition of Property Owners & Managers, Inc. &/or
Insurance Purchasing Group Association, LLC (as per Endorsement #1)
C/O NPP Specialty Coverage's of New York, Inc.
59 John Street, 4th Floor
New York, NY 10038

RE:   **NOTICE OF NONRENEWAL**

       SEE ATTACHED LIST FOR LIST OF INSUREDS
       COMMERCIAL GENERAL LIABILITY POLICY
       Policy Number: 015 1127
       Policy Period: October 1, 2000 to October 31, 2001

Dear Sir or Madam:

We regret to inform you that the captioned policy will not be renewed upon its expiration as a result of our termination of this program due to trends in the economy and legal environment that have resulted in a continuing increase in both the frequency and severity of claims under this type of coverage

Please note that you or your authorized agent or broker may request that we furnish loss information relative to this policy. Such loss information will be provided within 20 days after the request is mailed or delivered to us.

We regret the necessity of this decision. If you have any questions or concerns regarding these issues, I would be pleased to meet with you and your broker.

Sincerely yours,


Paul Trapp
Senior Production Specialist

Cc:    Joseph Davis
       First Capital Group

**ME 00549**

NAT!    AL UNION FIRE INS. CO. OF PITTSBURGH, P
70 PINE STREET
NEW YORK  NY  10270

## NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

NAITONAL COALITION OF PROPERTY OWNERS
& MANAGERS, INC .
59 JOHN STREET, 4TH FLOOR
NEW YORK  NY  10038

Producer: 15545

RISK SPEC CO OF NY INC

1177 AVENUE OF THE AMERICAS
NEW YORK  NY  10036

Policy No.:      0151127
Type of Policy:   GENERAL LIABILITY OCCURRENCE
Date of Expiration:   10/31/2001 ; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown
above.

The reason for nonrenewal is  UNDERWRITING REASONS

The first named insured or his/her authorized agent/broker may request in writing loss information with
respect to this policy and previous policies we have written for you. We will provide this information
within 20 days from the date we receive your request.

Named Insured

NAITONAL COALITION OF PROPERTY OWNERS
& MANAGERS, INC .
359 JOHN STREET, 4TH FLOOR
NEW YORK  NY  10038

Date Mailed:
24th day of August, 2001

*Paul Pleherian*

Authorized Company Representative

DEN3 0.01.02a
ORM# CN969706NY51995

Copy for Branch Office

NYCN15NONE APP
07032001S
Page 1 of 1

**ME 00550**

## OCTOBER – Policy #015 1127

### THE NOTICE OF POLICY NON-RENEWAL IS FOR THE FOLLOWING INSUREDS:

NAMED INSURED

FRANK A. OLIVER
GOLDEN RAIN FOUNDATION OF LAGUNA HILLS
HARSHALL MORAN
REZMAR CORPORATION
ROBERT GASSEL CO., INC.
FEISAL A. RAUF & SAFE REALTY
BAYSHORE MANOR APARTMENTS LTD.
GLEN BEHR
15 & 30 WESTMINSTER ROAD REALTY, LLC
1830 RITTENHOUSE SQUARE CONDO ASSN.
JANET DRYDEN NEVIUS
SUSSEX CREAMERY
AMO ESTATES INC.
APARTMENT HOLDINGS #1 LTD.
GREATER CENTENNIAL HOUSING
MADHUSUDHAM & PARVATHI CHAVA
STANDARD ENTERPRISES, INC.
VITALE REAL ESTATE
ESTATE OF PHILIP SIMKOWITZ
ELIZABETH V.A. ROBERTS
ALCLAIRE, INC.
STEPHEN GREENSTEIN, ETAL
WHITE & WHITE INC.
ATLANTIS MANAGEMENT CORP.
LNR PROPERTY CORP.