UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>    Plaintiffs,<br><br>v.<br><br>VIRGINIA SURETY COMPANY, INC.<br><br>    Defendant. | Civil Action No. 04-11109 RGS |

**DEFENDANT VIRGINIA SURETY COMPANY, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court of Massachusetts, Virginia Surety Company, Inc. states that is an Illinois corporation that is owned 100% by Aon Corporation, a Delaware corporation.

        Respectfully submitted,

        VIRGINIA SURETY CO., INC.,

        By its attorneys,

        _____/s/ Nicholas C. Cramb_____
        Joseph G. Blute (BBO 047300)
        John M. Stephan (BBO 649509)
        Nicholas C. Cramb (BBO 654368)
        MINTZ, LEVIN, COHN, FERRIS,
         GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, MA 02111
Dated: October 4, 2006        (617) 542-6000

## Certificate of Service

I, Nicholas C. Cramb, Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 4, 2006.

 /s/  Nicholas C. Cramb                                        Dated:  October 4, 2006

LIT 1588608v.1