# EXHIBIT E

```
VOLUME:   1     PAGES:   1 - 77    EXHIBITS: 1 - 8
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--------------------------------- x

LEXINGTON INSURANCE COMPANY

and NATIONAL UNION FIRE

INSURANCE COMPANY OF

PITTSBURGH, PA,

    Plaintiffs,                             Civil Action

vs.                                              No. 04-11109 RGS

VIRGINIA SURETY COMPANY, INC.,

    Defendant.

--------------------------------- x


DEPOSITION OF ELIZABETH VISCIONE

Tuesday, August 1, 2006

9:57 a.m.

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.

One Financial Center

Boston, Massachusetts   02111



Reporter:   Dana Welch, CSR, RPR

            Certified LiveNote Trainer

Page 9

```
1       A.   Lexington Insurance.
2       Q.   And what have you done at Lexington?
3       A.   For eight years, I was an examiner in
4  their primary casualty unit.  And I'm coming up on
5  my two-year anniversary of being a primary casualty
6  unit manager.
7       Q.   What is an examiner?
8       A.   Well, because we're a surplus lines
9  company, we were called examiners as opposed to
10 adjusters.  And it meant that we just administered
11 the claim and basically worked through independent
12 adjusters and defense counsel as opposed to
13 actually adjusting the claims ourselves.
14      Q.   And what do you mean exactly by adjusting
15 the claims yourselves?
16      A.   Well, being able to conduct
17 investigations, negotiate settlements, which
18 requires adjuster licensing.  We're a surplus lines
19 company.  We are not admitted.  So we do not obtain
20 adjuster licenses in all of the states where we
21 handle claims.
22      Q.   And what are surplus lines; what does that
23 mean?
24      A.   It's a non-admitted carrier.
```

Page 10

```
1       Q.   What does that mean?
2       A.   We're not licensed to do business in a
3   particular state where we are doing business.
4       Q.   And the practical effect of that is?
5       A.   There really is none that I'm aware of.
6   It's just that we are not licensed.  And typically,
7   we will write risks that admitted carriers will not
8   write.  We're allowed to write business in a state
9   where an admitted carrier may choose not to write
10  that particular risk.
11      Q.   Okay.  And the unit that you worked in as
12  an examiner is the primary casualty unit?
13      A.   Yes.
14      Q.   And what is that?
15      A.   Well, we handle files under casualty
16  policies.
17      Q.   And why is it called the primary casualty
18  unit?
19      A.   Because typically the policies were on
20  primary paper.
21      Q.   Are excess policies handled by a different
22  unit?
23           MR. COHEN:  Objection.
24           THE WITNESS:  No.  There are excess
```