**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

LEXINGTON INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH,

            Plaintiffs

v.

VIRGINIA SURETY COMPANY, INC.,

                Defendant.

CIVIL ACTION
NO.  04-11109 RGS

CERTIFICATION BY COUNSEL FOR PLAINTIFFS, LEXINGTON INSURANCE COMPANY AND
NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, REGARDING
MOTION TO CLARIFY ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO
LOCAL RULE 7.1(A)(2)
_____

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Plaintiffs, Lexington

Insurance Company and National Union Insurance Company of Pittsburgh, Pennsylvania, certifies

that counsel for the respective parties have conferred and have attempted to resolve or narrow the

issues presented by Plaintiffs'Motion to Clarify Order on Cross Motions for Summary Judgment,

including the primary issue of whether Lexington's Stand Alone Excess Liability Policy form is

subject to the Court's May 3, 2007, Order on Cross Motions for Summary Judgment.  The parties

///

///

have not been able to reach an accord as to these issues; therefore, the Plaintiffs are filing the

accompanying Motion to Clarify Order.


Dated:    May 14, 2007                              Respectfully submitted,

                                                   Defendants, *Lexington Insurance Company and
                                                   National Union Fire Insurance Company of
                                                   Pittsburgh, PA.*,
                                                   By their attorneys,


                                                        /s/ Gerald S. Frim
                                                   Mark E. Cohen            [BBO #089800]
                                                   Robert J. Maselek        [BBO #564690]
                                                   Gerald S. Frim           [BBO #656204]
                                                   THE MCCORMACK FIRM, LLC
                                                   One International Place - 7th Floor
                                                   Boston, MA     02110
                                                   Ph: 617•951•2929
                                                   Fax: 617•951•2672
                                                   E-mail: mcohen@mccormackfirm.com


                                  CERTIFICATE OF SERVICE

        I, Gerald S. Frim, hereby certify that this document, filed through the ECF system, will
be sent electronically to the registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on
May 14, 2007.

**Dated:** May 14, 2007

                                                   /s/    Gerald S. Frim
                                                   Gerald S. Frim


97785.1