# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,**<br>　　　　　　　　　　Plaintiffs<br><br>v.<br><br>**VIRGINIA SURETY COMPANY, INC.,**<br>　　　　　　　　　　Defendant. | **CIVIL ACTION**<br>**NO. 04-11109 RGS** |

### NOTICE OF APPEAL
_____

Notice is hereby given that Plaintiffs, National Union Fire Insurance Company of Pittsburgh, PA, and Lexington Insurance Company, hereby appeal to the United States Court of Appeals for First Circuit from the Memorandum and Order on Cross-Motions for Summary Judgment, entered in this action on May 3, 2007.

**Dated:**　May 31, 2007

Respectfully submitted,
Defendants, ***Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA.***,
By their attorneys,

　/s/Gerald S. Frim
_____
Mark E. Cohen　　　　　[BBO #089800]
Robert J. Maselek　　　　[BBO #564690]
Gerald S. Frim　　　　　[BBO #656204]
**THE MCCORMACK FIRM, LLC**
One International Place - 7th Floor
Boston, MA　　02110
Ph:　　617•951•2929
Fax:　　617•951•2672
E-mail: mcohen@mccormackfirm.com

### CERTIFICATE OF SERVICE

    I, Gerald S. Frim, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2007.

**Dated:** May 31, 2007

                                                                                   /s/    Gerald S. Frim
                                                                                  Gerald S. Frim

98010.1