UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>VIRGINIA SURETY COMPANY, INC.,<br>　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 04-11109 RGS |

CERTIFICATE OF SERVICE

I, Robert Maselek, hereby certify that the attached *Transcript Report/Transcript Order*, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), to wit:

> jmstephan@mintz.com
> nccramb@mintz.com
> jblute@mintz.com

Paper copies will be sent to any indicated as non-registered participants on June 15, 2007.

**Dated:** June 15, 2007

_____
Robert J. Maselek

Case name _____Lexington Insurance Co. v. Virginia Surety Co._____
District Court Case No. __04-11109 RGS__    District of _____Massachusetts_____
Date Notice of Appeal filed __May 31, 2007__    Court of Appeals Case No. _____
Form filed on behalf of _____Appellants Lexington Insurance Co. and National Union Fire Insurance Company of Pittsburgh, PA

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____Carol L. Scott_____
Phone Number of Reporter _____617/330-1377_____

A.  __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) | |
| ☐ | Testimony (specify) | |
| ☒ | Other (specify) __Motion Hearing__ | __February 2, 2007__ |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒  Private funds.
☐  Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐  Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐  Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐  Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Gerald S. Frim__    Filer's Signature __/s/ Gerald S. Frim__
Firm/Address __The McCormack Firm, LLC, One International Place, Boston, MA    02110__
Telephone number __617/951-2929__    Date mailed to court reporter __6/7/07__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                                           SEE INSTRUCTIONS ON REVERSE