UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11109-RGS

LEXINGTON INSURANCE COMPANY
AND
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH

v.

VIRGINIA SURETY COMPANY, INC.

ORDER

August 10, 2007

STEARNS, D.J.

The court asks the parties to submit within ten days a joint recommendation on how it should proceed in light of the Order of the Court of Appeals for the First Circuit dated August 10, 2007.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE