# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 07-1926

LEXINGTON INSURANCE COMPANY, ET AL.,

Plaintiffs, Appellants,

v.

VIRGINIA SURETY COMPANY, INCORPORATED,

Defendant, Appellee.

Before

Torruella, Lynch and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: September 17, 2007

In light of the report to this court made by the district court, dated August 22, 2007, this appeal is **dismissed** and the case is **remanded** to the district court.

By the Court:

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

MARGARET CARTER

Deputy Clerk

By: _____
Chief Deputy Clerk.

Date: 10/10/07

[cc: Gerald Frim, Esq., Mark Edward Cohen, Esq., Robert Maselek Jr., Esq., John Michael Stephan, Esq., Nicholas Cramb, Esq., Hemanth Gundavaram, Esq., Joseph Blute, Esq.]