UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA SURETY COMPANY, INC. <br><br> Defendant. | Civil Action No. 04-11109-RGS |

## MOTION TO WITHDRAW APPEARANCE OF JOHN M. STEPHAN

Please withdraw the appearance of John M. Stephan of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo on behalf of defendant Virginia Surety Company ("VSC"). Attorneys Joseph G. Blute and Nicholas C. Cramb will continue to represent VSC in this matter.

Respectfully requested,

s/ John M. Stephan
John M. Stephan, BBO # 649509
MINTZ LEVIN COHN FERRIS GLOVSKY
& POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2007

                                              s/ John M. Stephan_____
                                              John M. Stephan BBO # 649509

4179599v.1