UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.,<br><br>    Plaintiffs,<br><br>v.<br><br>VIRGINIA SURETY COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 04-11109-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Hemanth C. Gundavaram of the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111 as counsel for the Defendant Virginia Surety Company, Inc. in the above-captioned action.

VIRGINIA SURETY COMPANY, INC.,

By its attorney,


      /s/  Hemanth C. Gundavaram
Hemanth C. Gundavaram, Esq. (BBO# 661282)
MINTZ LEVIN COHN FERRIS
 GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 (fax)

Dated: February 13, 2008

## Certificate of Service

    I, Hemanth C. Gundavaram, Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 13, 2008.

    /s/ Hemanth C. Gundavaram

    Dated: February 13, 2008